**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2015 AUG 21  AM 11: 56

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR- |
| CHAD ALAN HIGHTOWER (01) | 4-15CR-204-Y |

## INFORMATION

The United States Attorney Charges:

### Count One
Deprivation of Rights Under Color of Law
(Violation of 18 U.S.C. § 242)

On or about November 18, 2013, in the Fort Worth Division of the Northern District of Texas, the defendant, Chad Alan Hightower, while acting under color of law, did deprive J.R. of rights and privileges secured and protected by the Constitution and the laws of the United States, namely, the Fourth Amendment right not to be subjected to unreasonable searches or seizures.

In violation of 18 U.S.C. § 242.

Count Two
Deprivation of Rights Under Color of Law
(Violation of 18 U.S.C. § 242)

On or about June 17, 2014 and on or about July 23, 2014, in the Fort Worth Division of the Northern District of Texas, the defendant, Chad Alan Hightower, while acting under color of law, did deprive J.H. of rights and privileges secured and protected by the Constitution and the laws of the United States, namely, the Fourth Amendment right not to be subjected to unreasonable searches or seizures.

In violation of 18 U.S.C. § 242.

JOHN R. PARKER
UNITED STATES ATTORNEY

DAN COLE
Special Assistant United States Attorney
Tennessee State Bar No. 017929
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Information – Page 2